

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOHN VINCENT CRUZ,　　　　　　§　　　　　　No. 08-13-00297-CR

　　　　　　Appellant,　　　　§　　　　　　Appeal from the

v.　　　　　　　　　　　　§　　　　　　120th District Court

THE STATE OF TEXAS,　　　　§　　　　　　of El Paso County, Texas

　　　　　　State.　　　　　§　　　　　　(TC# 20120D00741)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 5, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles Louis Roberts, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 5, 2014.

IT IS SO ORDERED this 12th day of March, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.